UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALESSANDRO MASI

                         Plaintiff,

- against -

MOGULDOM MEDIA GROUP LLC

                         Defendant.

Docket No. 18-cv-2402

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Alessandro Masi ("Masi" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Moguldom Media Group LLC ("Moguldom" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1.    This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of copyrighted photographs of the Halden luxury prison in Norway. The photographs are owned and registered by Masi, a professional photographer. Accordingly, Plaintiff seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

### JURISDICTION AND VENUE

2.    This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.    This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in New York.

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5.      Masi is a professional photographer having a usual place of business at Strada Cantone Capre, 42 Cossila San Grato, Biella (BI) 13900 in Italy.

6.      Upon information and belief, Moguldom is a limited liability company duly organized and existing under the laws of New York with a place of business at 171 Madison Avenue Suite 1500, New York, NY 10016.

7.      At all times material hereto, Defendant has owned and operated the website at the URL: www.bossip.com (the "Website").

8.      Defendant is a for-profit entity.

9.      Defendant publishes news content on the Website.

## STATEMENT OF FACTS

**A.      Background and Plaintiff's Ownership of the Photograph**

10.     Masi took nine (9) photographs of the Halden luxury prison in Norway (the "Photographs"). True and correct copies of the Photographs are attached hereto as Exhibit A.

11.     Masi is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

12.     The Photographs were registered with the U.S. Copyright Office and was given Copyright Registration Number VA 1-996-957, effective as of December 14, 2015 (the "957 Registration"). A true and correct copy of the 957 Registration, as it appears on the Copyright Office website, is attached hereto as Exhibit B.

**B.      Defendant's Infringing Activities**

13. Defendant ran an article on the Website entitled *Crazed Norwegian Gunman Headed To Club Med Type Luxury Prison*.  See http://bossip.com/428011/crazed-norwegian-gunman-headed-to-club-med-type-luxury-prison-with-flat-screen-tvs-and-rock-climbing-photos/halden-luxury-prison/ (the "Article").

14. Defendant's Article prominently featured the Photographs.  Screenshots of the Article as it appears on the Website are attached hereto as Exhibit C.

15. Commercial advertisements on Defendant's Website appear adjacent to, below or above the Photographs as displayed by the Article.

16. Defendant did not obtain a license from Plaintiff to display the Photographs on the Website.

17. Defendant did not have Plaintiff's permission or consent to publish the Photographs on its Website.

18. Prior to publishing the Photographs on the Website, Defendant did not communicate with Plaintiff.

19. Subsequent to publishing the Photographs on the Website, Defendant did not communicate with Plaintiff.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST MOGULDOM)**
(17 U.S.C. §§ 106, 501)

20. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-19 above.

21. Defendant infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photographs on the Website.

22. Defendant is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photographs.

23. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

24. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

25. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

26. Defendant's conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Plaintiff irreparable injury that cannot be fully compensated by or measured in money damages.  Plaintiff has no adequate remedy at law.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant MOGULDOM be adjudged to have infringed upon Plaintiff's copyright in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Defendant MOGULDOM be ordered to remove the Photographs from the Website.

3. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photographs;

4. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
March 19, 2018

LIEBOWITZ LAW FIRM, PLLC

By: /s/RichardLiebowitz
    Richard Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff*
*Alessandro Masi*
